FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY 19 P 3:45
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WEISLAW SIKORSKI | CIVIL ACTION |
| VERSUS | NO. 02-3603 |
| HALLIBURTON ENERGY SERVICES, INC. ET AL | SECTION "S" (2) |

# J U D G M E N T

Considering the verdict rendered by the jury on May 12, 2005;

IT IS ORDERED, ADJUDGED, AND DECREED, that there be judgment in favor of plaintiff Weislaw Sikorski and against defendant Atwood Oceanics Incorporated in the amount of $413,000.00.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that pursuant to the court's order entered on April 4, 2005 (record document #36), there be judgment in favor of defendant Halliburton Energy Services, Inc. and against plaintiff Weislaw Sikorski, dismissing plaintiff's claims against Halliburton Energy Services, Inc.

New Orleans, Louisiana, this 18 day of May, 2005.

Mary Ann Vial Lemmon

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.