**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WEISLAW SIKORSKI** | **CIVIL ACTION** |
| **VERSUS** | **NO: 02-3603** |
| **HALLIBURTON ENERGY SERVICES, INC., *ET AL.*** | **SECTION: "S" (2)** |

**JUDGMENT**

Considering the Order and Reasons of August 16, 2005,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment herein in favor of Atwood Oceanics, Inc. and against Weislaw Sikorski dismissing plaintiff's claims, with prejudice.

New Orleans, Louisiana this 16th day of August, 2005.

Mary Ann Vial Lemmon

**Mary Ann Vial Lemmon**
**United States District Judge**